UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 23-CR-66 |
| MELISSA J. WATSON | SECTION P |

## ORDER

Before the Court is a post-sentencing motion by Defendant Melissa Watson seeking a Court recommendation regarding the designation of Ms. Watson's institution of incarceration (R. Doc. 57). The Court notes the Bureau of Prisons has the ultimate authority in determining where Ms. Watson serves her sentence. Notwithstanding, because of the limited number of federal institutions that house female inmates and because Ms. Watson has family in the greater-Houston area, the Court hereby **RECOMMENDS** that Ms. Watson be incarcerated at FPC Bryan located at 1100 Ursuline Avenue, Bryan, Texas 77803.

New Orleans, Louisiana, this 25th day of July 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**